Dismissed and Opinion filed May 8, 2003









 

Dismissed and Opinion filed May 8, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00415-CR

NO. 14-03-00416-CR

NO.
14-03-00433-CR

NO.
14-03-00434-CR

____________

 

ROBERT RICHARD WICKBOLDT, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 208th District Court

Harris County, Texas

Trial
Court Cause Nos. 899,052, 901,047, 899,079 & 899,080

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw each of the notices of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion in any of these appeals, we grant appellant=s request.








Accordingly, we order the appeals dismissed.  We direct the Clerk of the Court to issue the
mandates of the Court immediately.

PER CURIAM

 

Judgment rendered
and Opinion filed May 8, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.

Do not publish ‑
Tex. R. App. P. 47.2(b).